UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Mattress Discounters Group, LLC</u>

       v.                                   Civil No. 10-cv-431-JL

<u>Maximum Investment, LLC et al</u>


<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge

Landya B. McCafferty dated October 19, 2011, no objection having been filed.

SO ORDERED.


November 15, 2011            <u>***/s/Joseph N. Laplante***</u>
                                         Joseph N. Laplante
                                         Chief Judge


cc:     Scott A. Daniels
         Ken Hapgood
         Maximum Investment, LLC