UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mattress Discounters Group, LLC</u>

     v.                                        Civil No. 10-cv-431-JL

<u>Maximum Investment, LLC et al</u>

## **DEFAULT JUDGMENT**

Judgment is hereby entered in accordance with the Order dated November 15, 2011 by Chief Judge Joseph N. Laplante approving the Report and Recommendation by Magistrate Jugdge Landya B. McAfferty.

By the Court,

***/s/ James R. Starr***
James R. Starr, Clerk

November 18, 2011

cc:    Scott Daniels, Esq.
         Kenneth Hapgood
         Maximum Investment, LLC